UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 SEP 14  AM 9: 12

BY_____
DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | |
| | ) | |
| v. | ) | Docket No. 2:18-cv-148 |
| | ) | |
| ROBERT BONNELL, | ) | |
| Defendant. | ) | |

## COMPLAINT

The United States of America, by its attorney, Christina E. Nolan, United States Attorney for the District of Vermont, respectfully submits its Complaint against defendant, Robert Bonnell, and hereby alleges the following:

### Parties, Jurisdiction, and Venue

1. Plaintiff, the United States of America, is proceeding in its sovereign capacity.

2. The Defendant, Robert Bonnell, resides at 103 Mills Drive, Bethel, Vermont 05032.

3. Jurisdiction is proper under 28 U.S.C. § 1345 and 42 U.S.C. § 404(a)(1)(A).

4. Venue is proper in this judicial district under 28 U.S.C. § 1391(b) since Robert Bonnell resides in this judicial district.

### Facts

5. The Defendant is indebted to the United States in the principal amount of $15,949.00. See Exhibit A, attached hereto and incorporated herein by reference.

6. The Defendant received Title II disability payments from the United States Social Security Administration ("Social Security").

7. On or around June 7, 2013, Social Security sent notice to Robert Bonnell that his employment, beginning in October 2011, ceased his entitlement to continuing disability benefits.

8. The cessation of Robert Bonnell's right to disability benefits during his employment resulted in an overpayment of $15,949.00 in Social Security benefits.

9. On July 25, 2017, Social Security made a final demand on Robert Bonnell for full repayment, but the amount due remains unpaid.

## Cause of Action

10. The Social Security Act provides that "[w]ith respect to payment to a person of more than the correct amount, the Commissioner of Social Security shall...require such overpaid person or his estate to refund the amount in excess of the correct amount[.]" 42 U.S.C. § 404(a)(1)(A).

11. The United States is entitled to recover payments made to Robert Bonnell based on the mistaken fact that he was entitled to receive Title II disability benefits.

12. After crediting all past payments and offsets, Robert Bonnell is indebted to the United States for the amount of $15,949.00 in overpayments of social security benefits to Robert Bonnell.

WHEREFORE, the United States demands judgment against the Defendant for:

1)   the amount of $15,949.00;

2)   costs of these proceedings;

3)   post-judgment interest, pursuant to 28 U.S.C. § 1961; and

4)   any further relief the Court deems proper

Dated at Burlington, in the District of Vermont, this 14th day of September, 2018.

                                    Respectfully submitted,

                                    UNITED STATES OF AMERICA

                                    CHRISTINA E. NOLAN  
                                    United States Attorney

                                    By: */s/ Melissa A.D. Ranaldo*  
                                    MELISSA A.D. RANALDO  
                                    Assistant U.S. Attorney  
                                    P.O. Box 570  
                                    Burlington, VT 05402-0570  
                                    (802) 951-6725  
                                    Melissa.Ranaldo@usdoj.gov

SOCIAL SECURITY ADMINISTRATION
OFFICE OF CENTRAL OPERATIONS
1500 WOODLAWN DR
BALTIMORE, MARYLAND 21241

CERTIFICATE OF INDEBTEDNESS

Claim No. XXX-XX-7014

Debtor Name and Address:
ROBERT G BONNELL
103 MILLS DRIVE
BETHEL, VE 05032

Total debt due to the United States as of September 13, 2018 is $15,949.00

I certify that the Social Security Administration records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with an overpayment of Social Security benefits.

Section 204(f)(1) of the Social Security Act provides that, with the respect to any delinquent amount owed by an individual, the Commissioner of Social Security may use the collection practices described in Sections 3711(f), 3716,3717 and 3718 of Title 31, United States Code, and in section 5514 of Title 5 United States Code, all as in effect immediately after the enactment of the debt Collection improvement Act of 1996.

Section 216(i) of the Social Security Act, as pertinent here, provides for the establishment of a period of disability that shall begin on the day that the disability begins.   Section 223 of the Social Security Act, as pertinent here, provides for the payment of disability insurance benefits until the termination month. As amended in 1965, both sections define "disability" (except for certain cases of blindness) as an inability to engage in any substantial gainful activity by reason of any medically determinable physical or mental impairment which can be expected to result in death or which has lasted or can be expected to last for a continuous period of not less than 12 months.

Section 223(a)(1) of the Act, as pertinent here, states that the termination month shall be the third month following the earliest month in which an individual engages or is determined able to engage in substantial gainful activity.

Section 223(e) of the Act, as pertinent here, states that no benefit shall be payable to an individual for any month, after the third month, in which he engages in substantial gainful activity during the 36-month period following the end of his trial work period.



Our Records show that Robert G. Bonnell was paid benefits when he was not entitled to them due to his work and earnings from October 2011 through June of 2013.

Our records indicate the debtor returned to work and had the following earnings: $12,498.21 in 2011, $27,897.09 in 2012 and $27,620.64 in 2013. The debtor continued to collect Social Security disability payments from October 2011 through June 2013 while earning over the allowable amount as shown above.

The claimant has been receiving Disability benefits for many years and is aware of our rules. The claimant was previously overpaid in 2001, 2002-2003, and 2004-2005 and our office provided a detailed explanation of reporting responsibilities when he first was overpaid prior to 2011.

CERTIFICATION: Pursuant to 28 USC Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

*[signature]*
Claims Authorizer for
Jamie Lucero
Associate Commissioner
Office of Central Operations

Date: September 13, 2018

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
Robert Bonnell

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Windsor
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Melissa A.D. Ranaldo, AUSA, U.S. Attorney's Office, P.O. Box 570, Burlington, VT 05402, (802) 951-6725

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question *(U.S. Government Not a Party)*
☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
42 U.S.C. 404(a)(1)(A)
Brief description of cause:
Complaint seeking judgment on SSA overpayment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 15,949.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE 9/14/18
SIGNATURE OF ATTORNEY OF RECORD   /s/ Melissa A.D. Ranaldo

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE  JBB

2:18-cv-148